ÁNGEL L. RODRÍGUEZ VÁZQUEZ, demandante y recurrido, *v.* RUBÉN RODRÍGUEZ GONZÁLEZ, demandado y peticionario.

*Número:* CC-95-90          *Resuelto:* 20 de octubre de 1995

*Robert Rivera Irizarry*, abogado de la parte peticionaria.

## RESOLUCIÓN

A la solicitud de *certiorari* presentada en este caso, *no ha lugar por falta de jurisdicción.*

La nueva Ley de la Judicatura de Puerto Rico de 1994, Ley Núm. 1 de 28 de julio de 1994 (4 L.P.R.A. sec. 22 *et seq.*) creó el Tribunal de Circuito de Apelaciones y consolidó en un solo tribunal de instancia las secciones del Tribunal Superior y Tribunal de Distrito.

Este ordenamiento exige mayor rigurosidad en la práctica apelativa ante este Tribunal en lo referente a la doctrina vigente sobre frivolidad y temeridad, y la consabida imposición de sanciones u honorarios de abogados.

Apercibimos a los abogados de que, en el futuro, los recursos frívolos estarán expuestos a tales sanciones.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*